IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTINE LARISON | : | CIVIL ACTION |
| v. | : | NO. 16-5921 |
| FEDEX CORPORATE SERVICES, INC. *et al.* | : | |

## ORDER

**AND NOW**, this 9th day of June 2017, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 31), Plaintiff's Response (ECF Doc. No. 41), and Defendant's Reply (ECF Doc. No. 42), it is **ORDERED** Defendant's Motion (ECF Doc. No. 31) is **GRANTED in part and DENIED in part** as Plaintiff has withdrawn her claim for retaliation but genuine issues of material fact, more fully described in the accompanying memorandum, preclude summary judgment on Plaintiff's age discrimination claim.

KEARNEY, J.